MARY A. CRUGER v. CITY OF MIAMI.

154 So. 854.

Opinion Filed May 18, 1934.

Van C. Swearingen, for Plaintiff in Error;

J. W. Watson, Jr., Mitchell D. Price & Charles W. Zaring and Robert S. Florence, for Defendant in Error.

PER CURIAM.—In this case the plaintiff in error has filed application for taxing of costs against the defendant in error during the term at which judgment was entered.

The following items of costs are allowed and taxed on authority of the opinion and judgment in the case of Henderson v. Morton, filed February 13, 1934, reported 152 Sou. 712:

| | |
|---|---:|
| Supreme Court Clerk docket fee | $ 12.00 |
| Costs paid to Clerk of Circuit Court as prerequisite to right of appeal | 74.80 |
| Expenses, making up transcript of record, original | 70.80 |
| Expenses, making up transcript of record, copy to be served on opposite party, required under Rules | 35.40 |
| Sheriff's costs, paid as prerequisite to appeal | 2.95 |
| Total | $196.05 |

The item of $167.00 for Court Reporter transcribing record is disallowed on authority of Dubose Construction Co. v. City of Miami, 150 Sou. 712.

The item of fees paid to an expert medical witness is disallowed because there is no provision of law authorizing the taxation of this item of cost against the adverse party.

Costs will be taxed according to this Order.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.